# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

SADIYYAH ABDULLAH,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

2:17-cv-02647-GMN-VCF

**ORDER**

The parties have filed a Notice of Settlement (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that the hearing on the Motion for an Adverse Presumption for Inference due to Defendant's Spoliation of Evidence (ECF No. 20), scheduled for May 11, 2018, is VACATED.

IT IS FURTHER ORDERED that the Motion for an Adverse Presumption for Inference due to Defendant's Spoliation of Evidence (ECF No. 20) is DENIED without prejudice with leave to renew should dismissal not occur.

DATED this 2nd day of May, 2018.

                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE