1  ROBERT K. PHILLIPS
   Nevada Bar No. 11441
2  BETSY C. JEFFERIS
   Nevada Bar No. 12980
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Fax)
6  rphillips@psalaw.net
7  bjefferis@psalaw.net

8  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
9

10                          UNITED STATES DISTRICT COURT

11                              DISTRICT OF NEVADA

12 SADIYYAH ABDULLAH,                          Case No.: 2:17-cv-02647-GMN-VCF

13              Plaintiff,
14       v.                                    **STIPULATION AND ORDER FOR**
                                               **DISMISSAL WITH PREJUDICE**
15 WAL-MART STORES INC.; DOES I-X,
   inclusive, and ROE CORPORATIONS I-X,
16 inclusive,

17              Defendants.

18       IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

19 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

20
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

party's own costs and attorney's fees.

DATED this \_1\_ day of May, 2018.

DE CASTROVERDE LAW GROUP

David M. Menocal, Esq.
Nevada Bar No. 13191
1149 S. Maryland Pkwy
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*
*Sadiyyah Abdullah*

DATED this 23rd day of May, 2018

PHILLIPS, SPALLAS & ANGSTADT

Betsy Jefferis, Esq.
Nevada Bar No. 12980
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

Ryan Kerbow, Esq.
SBN 11403

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 13 day of June, 2018

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT